FILED
2023 Aug-18  AM 10:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **TOMEKA BARTLETT and** <br> **KAYLA CARREKER,** <br><br>  Plaintiffs, <br><br> vs. <br><br> **RANDY ALLAN HAMES,** *et al.,* <br><br>  Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 5:18-cv-1096-CLS <br> ) <br> ) <br> ) <br> ) |

## ORDER AMENDING DOCUMENT NO. 239 (*i.e.*, "ORDERS AND PARTIAL JUDGMENTS" ENTERED ON JUNE 15, 2023)

In accordance with the "Order on Plaintiffs' Motion to Alter or Amend" entered contemporaneously herewith, it is CONSIDERED, ORDERED, ADJUDGED, and DECREED that numbered paragraph "**1**" of the "Orders and Partial Judgments" entered in this action on June 15, 2023, as document number 239 be, and the same hereby is, amended, as follows:

**1**. The motion for partial summary judgment filed by defendants Randy Allan Hames, Hames Marina, L.L.C., and Marina Management Company, L.L.C. (doc. no. 152) is denied in part and granted in part.

   (***a***)   Specifically, the motion is **denied** as to (***i***) the Fair Housing Act § 3604 sex discrimination (*i.e.*, *quid pro quo* and hostile housing environment harassment) claims alleged in Count I of plaintiffs' amended complaint, (***ii***) the Fair Housing Act § 3617 interference claim based upon *the pre-eviction conduct* of Randy Hames, and (***iii***) the retaliation claim stated in Count II of the same pleading; *but*,

**(b)**   the motion is **granted** as to (***i***) the Fair Housing Act § 3617 interference claim pled in Count II of the amended complaint that is based upon the *post-eviction conduct* of Randy Hames, (***ii***) the state-law outrage claims alleged in Count IV, and (***iii***) the state-law "human trafficking" claims alleged in Count VI — all of which are DISMISSED with prejudice.

Except as specifically modified above, all other aspects of the "Orders and Partial Judgments" entered in this action on June 15, 2023, as document number 239, remain in full force and effect.

**DONE** and **ORDERED** this 18th day of August, 2023.

_____
Senior United States District Judge